**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| CHRISTINE ST. HUBERT,<br>Plaintiff, | CIVIL ACTION NO. 2:25-cv-01277 |
| | SECTION "H" |
| VERSUS | |
| | JUDGE JANE TRICHE MILAZZO |
| OPS FAMILY CARE, LLC,<br>Defendant. | MAGISTRATE JUDGE KAREN WELLS ROBY |

***********************************

## ORDER

Considering the Motion to Withdraw as Counsel of Record filed by Jerome W. Matthews, Jr. and The Law Firm of Jerome W. Matthews, Jr., LLC, counsel of record for Defendant, OPS Family Care, LLC;

**IT IS ORDERED** that the motion is **DENIED**. It is well-settled that LLCs are not allowed to appear in federal court other than through a licensed attorney. *Arredondo v. SunLife Power LLC*, 2023 WL 7317695, at *1 (W.D. Tex. Jan. 5, 2023) (and cases cited therein). Because Defendant is an LLC and cannot appear *pro se*, the progress of this lawsuit would be disrupted by allowing Defendant's counsel to withdraw, causing undue delay and prejudice to Plaintiff. "The prudent approach is to keep counsel on the case while Defendant looks for other counsel or decides how else it would like to proceed." *Id.*

**IT IS FURTHER ORDERED** that Defendant, OPS Family Care, LLC, shall seek alternative counsel of record within thirty (30) days of the entry of this Order so that a Motion to Substitute Counsel can be filed.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail a copy of this Order to Defendant at: OPS Family Care, LLC, Attention: Dr. Cassandra D. Smith, Managing Member, 2550 Belle Chasse Highway, Suite 220, Gretna, Louisiana 70053.

New Orleans, Louisiana, this 19th day of November, 2026.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE